UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

           Plaintiff,

-v-

DUNCRAFT, INC.,

           Defendant.

CIVIL ACTION NO.: 22 Civ. 455 (PGG) (SLC)

**ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE**

**SARAH L. CAVE,** United States Magistrate Judge.

On March 29, 2022, the Court scheduled an initial case management conference for April 29, 2022 and directed the parties to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan by April 22, 2022. (ECF No. 17 ("Mar. 29 Order")). To date the parties have failed to comply with the Mar. 29 Order. Accordingly, as a one-time courtesy to the parties, the parties are directed to submit their Report of Rule 26(f) Meeting and Proposed Case Management Plan by **Wednesday, April 27, 2022**. All other terms of the Mar. 29 Order remain in effect and the parties should not expect further accommodations.

Dated:    New York, New York
           April 26, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**