UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YENSY CONTRERAS, Individually, and On Behalf of All Others Similarly Situated,

        Plaintiff,

-v-

DUNCRAFT, INC.,

        Defendant.

CIVIL ACTION NO.: 22 Civ. 455 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

On April 29, 2022, the Court endorsed the parties' proposed Case Management Plan (ECF No. 22 (the "CMP")). In the CMP, the Court directed the parties to submit a letter (the "Letter") to the Court discussing the status of any settlement discussions and whether they would like to schedule a settlement conference with the Court. (Id.) To date, the parties have failed to submit the Letter. Accordingly, by **Thursday, June 2, 2022**, the parties are directed to submit the Letter.

Dated:    New York, New York
            May 31, 2022

SO ORDERED.

_____
SARAH L. CAVE
**United States Magistrate Judge**